**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                                                                   Case No. _____

**NICOT BARDEGUEZ, ISMAEL & LUGO NEGRON, MILAGROS**_____      Chapter **13**_____
                                   Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **10/15/2014**_____                ☐ AMENDED PLAN DATED: _____
☑ PRE ☐ POST-CONFIRMATION                                               Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$_____**300.00** x _____**60**__ = $_____**18,000.00**
$_____ x _____ = $_____
$_____ x _____ = $_____
$_____ x _____ = $_____
$_____ x _____ = $_____

TOTAL: $_____**18,000.00**

Additional Payments:
$_____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$_____ x _____ = $_____

PROPOSED BASE: $_____**18,000.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $_____**2,913.00**

Signed: **/s/ ISMAEL  NICOT BARDEGUEZ**_____
               Debtor

           **/s/ MILAGROS  LUGO NEGRON**_____
              Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $_____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **Doral Financial Corp**  Cr. _____  Cr. _____
# **8930070022040**        # _____     # _____
$       **4,746.20**       $ _____     $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **Oriental Bank**  Cr. _____  Cr. _____
# **961481409300001**  # _____    # _____
$       **5,828.76**   $ _____    $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____  Cr. _____  Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
   **Doral Financial Corp**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A:  ☐ Co-debtor Claims / ☐ Other: _____
                  ☐ Paid 100% / ☐ Other: _____
Cr. _____  Cr. _____  Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
Debtor(s) to provide Adequate Protection Payments to Oriental Bank & Trust thru the Trustee in the sum of $150.00 per month for the next eight months or until confirmation. Debtor(s) to provide auto insurance upon maturity to Oriental Bank & Trust thru  Eastern America Insurance Company.
* "Tax refunds will be devoted each year, as periodic payments, to the plan's funding until plan completion. The plan shall be deemed modified by such amount, without the need of further Court order. The debtor(s) shall seek court's authorization prior any use of funds."

Attorney for Debtor **R. Figueroa Carrasquillo Law Office**_____      Phone: **(787) 744-7699**

CHAPTER 13 PAYMENT PLAN

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only